FILED
CLERK, U.S. DISTRICT COURT

MAY 2 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY mv DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-1142 PSG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| ROGER SHEARS | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or
(B) (X) the safety of any person or the community.

//
//

1  The court concludes:

2  A.  ( )  Defendant poses a risk to the safety of other persons or the community
3          because defendant has not demonstrated by clear and convincing
4          evidence that:
5          _he will refrain from criminal_
6          _conduct. Defendent has long_
7          _history of convictions._ ✓

10  (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _he will comply w/conditions_
13          _of release. Also, no bail_
14          _resources or sureties_
15          _available._

17  IT IS ORDERED that defendant be detained.

19  DATED: _5/28/14_

    _[signature]_
    SUZANNE H. SEGAL
    UNITED STATES MAGISTRATE JUDGE

2